## Otto Zweitusch v. Robert Lowy.

1. PRACTICE—*Limiting Arguments.*—Limiting counsel for a defendant to five minutes, in which to address the jury in behalf of his client, is reversible error.

Memorandum.—Assumpsit. Appeal from the Superior Court of Cook County; the Hon. JOHN BARTON PAYNE, Judge, presiding. Heard in this court at October term, 1894. Reversed and remanded. Opinion filed December 20, 1894.

JOHN C. PATTERSON, attorney for appellant. '

P. J. O'SHEA, attorney for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The appellee sued the appellant for damages for an alleged improper discharge of the appellee from the services of the appellant. The conflicting evidence fills eight pages of the printed abstract. When the evidence was in, the court allowed the counsel of the appellant only five minutes to address the jury, and to that limit the appellant excepted.

The right to open and close an argument before a jury is regarded as important and error may be committed in de_

nying it. Carpenter v. First Nat. Bk., 19 Ill. App. 549. The limit in this case in effect cut off any substantial pre-sentation of reasons for a verdict in favor of the appellant. It is not too much to say of the evidence that such a verdict would not have been inconsistent with it.

The judgment is reversed and the cause remanded.